FILED
IN CLERKS OFFICE

2004 JAN 27 A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| STEVEN GARLETTS,<br><br>        Plaintiff,<br><br>        v.<br><br>F/V ARCTIC SEAL, O.N. 500127, her engines, machinery, appurtances and cargo, etc. *in rem;* and MYSTICAL ROSE, INC., *in personam,*<br><br>        Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 04-10141 PBS<br><br>PRAECIPE |
|---|---|

TO:   THE CLERK OF THE COURT.

Please do not issue a warrant for arrest the vessel and hold arrest of the vessel in abeyance at this time.

DATED this ____ day of January, 2004.

LAW OFFICE OF GORDON WEBB

PRAECIPE - 1

ORIGINAL

GORDON WEBB, ATTORNEY AT LAW
225 106TH AVENUE N.E.
BELLEVUE, WASHINGTON 98004
(425) 454-3800 • FAX (425) 454-5399

1
2
3  By _____
        GORDON WEBB, WSBA#22777
4       Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  PRAECIPE - 2
25

**GORDON WEBB, ATTORNEY AT LAW**
225 106ᵀᴴ AVENUE N.E.
BELLEVUE, WASHINGTON 98004
(425) 454-3800 • FAX (425) 454-5399