UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 29 P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| STEVEN GARLETTS,<br>        Plaintiff, | ) ) ) ) | AT LAW AND IN ADMIRALTY |
| Vs. | ) ) | CIVIL ACTION No.04-10141-PBS |
| F/V ARCTIC SEAL, O.N. 500127, her<br>engines, machinery, appurtances and cargo,<br>etc. *in rem*; and MYSTICAL ROSE, INC.<br>*in personam*,<br>        Defendants. | ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFF

Please note my appearance as counsel of record for the Plaintiff in the above matter,

Steven Garletts. This Notice of Appearance is being filed pursuant to Local Rule 83.5.3(b) and I

will be serving as local counsel.

Respectfully submitted on behalf of
the Plaintiff, Steven Garletts

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:    1/28/0 4