UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN GARLETTS,<br>Plaintiff, | AT LAW AND IN ADMIRALTY |
| Vs. | CIVIL ACTION No.04-10141-PBS |
| F/V ARCTIC SEAL, O.N. 500127, her engines, machinery, appurtnces and cargo, etc. *in rem*; and MYSTICAL ROSE, INC. *in personam*,<br>Defendants. | FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

### PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 83.5.3(B) TO ADMIT GORDON WEBB PRO HAC VICE

Now comes the Plaintiff in the above captioned matter and respectfully requests that pursuant to Local Rule 83.5.3, the Court allow Gordon C. Webb, an out-of-state attorney, to appear on behalf of the Plaintiff pro hac vice. As grounds thereof, the Plaintiff states that the requirements of Local Rule 83.5.3 have been met. See accompanying Declaration of Gordon C. Webb.

Mr. Webb is a member in good standing of the Washington bar and the bar of the United States District Court for the Western District of Washington. LR 83.5.3(b)(1). There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. LR 83.5.3(b)(2). Mr. Webb has further made himself familiar with the Local Rules of the United States District Court for the District of Massachusetts. LR 83.5.3(b)(3). The local counsel requirements of Local Rule 83.5.3 have been met because

David F. Anderson of Latti & Anderson is filing a notice of appearance as local counsel in this matter.

WHEREFORE, the Plaintiffs respectfully request that pursuant to Local Rule 83.5.3, the Court allow Gordon C. Webb, an out-of-state attorney, to appear on behalf of the Plaintiffs pro hac vice.

Respectfully submitted on behalf of the Plaintiff, Steven Garletts

*[signature]*

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 1/28/04

FILED
IN CLERKS OFFICE

2004 JAN 29 P 3: 05

DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

STEVEN GARLETTS,

        Plaintiff,

v.

F/V ARCTIC SEAL, O.N. 500127, her engines, machinery, appurtances and cargo, etc. *in rem;* and MYSTICAL ROSE, INC., *in personam,*

        Defendant.

AT LAW AND IN ADMIRALTY

No. 04-10141 PBS

DECLARATION OF GORDON C. WEBB IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Gordon Webb, declare as follows:

1. I am an active member in good standing of the courts of the State of Washington and the federal courts in the Western District of Washington and have been a member of these courts since June, 1993. I have never been the subject of a bar complaint, am not currently

DECLARATION OF GORDON WEBB IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE* - 1

**GORDON WEBB, ATTORNEY AT LAW**
225 106TH AVENUE N.E.
BELLEVUE, WASHINGTON 98004
(425) 454-3800 • FAX (425) 454-5399

ORIGINAL

suspended or disbarred from any court. A copy of a Certificate of Good Standing is hereby attached.

2. My office address is 225 106th Avenue NE, Bellevue, WA 98004.

3. I have read the local rules for United States District for the District of Massachusetts.

I declare under penalty of perjury that forgoing is true and correct.

DATED this 26 day of January, 2004.

By _____
GORDON WEBB, WSBA#22777
Attorney for Plaintiff

DECLARATION OF GORDON WEBB IN
SUPPORT OF APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE* - 2

**GORDON WEBB, ATTORNEY AT LAW**
225 106TH AVENUE N.E.
BELLEVUE, WASHINGTON 98004
(425) 454-3800 • FAX (425) 454-5399

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Gordon C. Webb was admitted to practice in said Court on September 14, 1993 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on January 16, 2004.

Bruce Rifkin
Clerk

By _____
Deputy Clerk