UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GARLETTS,<br><br>           Plaintiff,<br><br>           v.<br><br>F/V ARCTIC SEAL, O.N. 500127, her engines, machinery, appurtances and cargo, etc. *in rem;* and MYSTICAL ROSE, INC., *in personam,*<br><br>           Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 04-10141 PBS<br><br>MOTION TO ENLARGE TIME TO EFFECT SERVICE OF PROCESS |

    The Plaintiff, by and through his undersigned counsel, hereby moves the Court for additional time pursuant to FRCP 4(m) and 6(b) to serve original process on the defendants herein. This motion is supported by the files herein and the Declaration of Gordon C. Webb attached hereto.

MOTION TO EXTEND DATE
SERVICE OF PROCESS
CUT-OFF DATE - 1

**GORDON WEBB, ATTORNEY AT LAW**
**225 106ᵀᴴ Aᴠᴇɴᴜᴇ N.E.**
**Bᴇʟʟᴇᴠᴜᴇ, Wᴀꜱʜɪɴɢᴛᴏɴ 98004**
**(425) 454-3800 • FAX (425) 454-5399**

On January 21, 2004, the plaintiff filed this maritime action for damages for personal injuries and unpaid wages arising out of his employment on board the defendant vessel the ARCTIC SEAL. The plaintiff lives in Alaska. To date, counsel for plaintiff have been unsuccessful in their attempts to locate and serve defendants. It is believed that defendants are avoiding process. By way of this motion the plaintiff hereby requests an additional 90 days to effect service of the summons and complaint in this matter, thus extending the deadline for service of process to approximately August 21, 2004.

RESPECTFULLY submitted this 24TH day of May, 2004.

LAW OFFICE OF GORDON WEBB

By: /s GORDON WEBB
GORDON WEBB, WSBA#22777
DAVID F. ANDERSON
Attorneys for Plaintiff

MOTION TO EXTEND DATE
SERVICE OF PROCESS
CUT-OFF DATE - 2

**GORDON WEBB, ATTORNEY AT LAW**
**225 106TH Avenue N.E.**
**Bellevue, Washington 98004**
**(425) 454-3800 • FAX (425) 454-5399**