UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

STEVEN GARLETTS,

        Plaintiff,

        v.

F/V ARCTIC SEAL, O.N. 500127, her engines, machinery, appurtances and cargo, etc. *in rem;* and MYSTICAL ROSE, INC., *in personam,*

        Defendant.

AT LAW AND IN ADMIRALTY

No. 04-10141 PBS

DECLARATION OF GORDON WEBB IN SUPPORT OF MOTION FOR ADDITIOANL TIME TO EFFECT SERVICE OF PROCESS

### DECLARATION OF GORDON WEBB

1. I am one of the attorneys of record for the plaintiff Steve Garletts in the above entitled cause, have personal knowledge of the matters set forth herein and am competent to testify thereto for the limited purpose of this motion.

DECLARATION IN SUPPORT OF
MOTION FOR ADDITIOANL TIME
TO SERVE PROCESS - 1

**GORDON WEBB, ATTORNEY AT LAW**
**225 106ᵀᴴ Aᴠᴇɴᴜᴇ N.E.**
**Bᴇʟʟᴇᴠᴜᴇ, Wᴀsʜɪɴɢᴛᴏɴ 98004**
**(425) 454-3800 • FAX (425) 454-5399**

2. Since filing this matter, my office has made numerous attempts to locate and serve the defendants with copy of the summons and complaint. In addition to research and investigations, we have hired a local area process server who was also unsuccessful in his attempts to locate and serve the defendants. Base on our investigations, it is believed that defendants are intentionally taking steps to avoid service of process.

3. Based on newly discovered information, I believe an additional 90 days should allow plaintiff to effect service on defendants.

s/ GORDON WEBB
GORDON WEBB

DECLARATION IN SUPPORT OF
MOTION FOR ADDITIOANL TIME
TO SERVE PROCESS - 2

**GORDON WEBB, ATTORNEY AT LAW**
**225 106ᵀᴴ Avenue N.E.**
**Bellevue, Washington  98004**
**(425) 454-3800 • FAX (425) 454-5399**