AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-1-04 |
| NAME OF SERVER *(PRINT)* CHRIS KENNEDY | TITLE NONE |

*Check one box below to indicate appropriate method of service*

**X** Served personally upon the defendant.   Place where served: 
_69 Rogers St. Gloucester MA 01931_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a discretion then residing therein.

Name of person with whom the summons and _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Served Summons, Original and Amended Complaint | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6-1-04__   _[signature]_
             Date         Signature of Server

_25 Morrill Dr Berwick ME 03901_
Address of Server