UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10141-PBS

Steven Garletts
Plaintiff

v.

Mystical Rose, Inc.
Defendant

NOTICE OF DEFAULT

     For failure of the Defendant, Mystical Rose, Inc, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Mystical Rose, Inc., has been defaulted on April 22, 2005.

Sarah Thornton
Clerk

By: /s/ Robert C. Alba
Deputy Clerk

Notice mailed to counsel of record and defendant(s).