UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: 04-10141-PBS

Steven Garletts
Plaintiff

v.

Mystical Rose, Inc.
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                               April 22, 2005

     On April 22, 2005, a notice of default was issued as to the Defendant Mystical Rose, Inc. pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before May 23, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                        By the Court,

                                                                 /s/ Robert C. Alba
                                                                 Deputy Clerk