UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: 04-10141-PBS

Steven Garletts,
Plaintiff,

v.

Mystical Rose, Inc., et al
Defendants.

ORDER OF DISMISSAL

SARIS, D.J.

     For failure of the Plaintiff to prosecute the above-entitled action, this case is hereby dismissed without prejudice unless within 30 days from the date of this order Plaintiff shows good cause as to why the action should be reopened.

                                                      By the Court,

                                                      /s/ Robert C. Alba
                                                      Deputy Clerk

January 18, 2007

To: All Counsel